724

Commonwealth *v.* Hill, Appellant.

Argued March 20, 1973. *Michael J. Pepe, Jr.,* for appellant; *Alan M. Rubenstein,* Assistant District Attorney, with him *Stephen B. Harris,* First Assistant District Attorney, and *Kenneth G. Biehn,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Hunter, Appellant.

Submitted March 29, 1973. *Kalvin Kahn,* for appellant; *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Hymon, Appellant.

Submitted March 12, 1973. *Richard D. Walker,* Public Defender, for appellant; *Marion E. MacIntyre,* Deputy District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.